IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DIONESIO CORDELL SANCHEZ, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00096 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HAROLD CLARKE, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 26) is **GRANTED in part** as to Sanchez's claims against defendant Clarke and as to damages against the defendants in their official capacities, and **DENIED in part** as to defendant's arguments concerning exhaustion and qualified immunity. The Clerk shall **TERMINATE** Clarke as a defendant to this action. The Clerk also shall **SET** this matter for a bench trial in the Big Stone Gap Division.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This  9th  day of February, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE